cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, an individual,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>PACIFIC BAY COLLISION CENTER, INC., d.b.a. LIKE NU AUTO BODY; THE GLEN VOLK LIVING TRUST; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Civil No.06cv1643 LAB(AJB)<br><br>Order Continuing Early Neutral Evaluation Conference |

　　　Due to a conflict on the Court's calendar, the Early Neutral Evaluation Conference currently scheduled before Magistrate Judge Battaglia on October 31, 2006 is hereby continued to *1:30 p.m. on November 22, 2006.* No further briefing is required.

IT IS SO ORDERED.

DATED: October 24, 2006

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court