# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, suing on behalf of THEODORE A. PINNOCK and its members; and THEODORE A. PINNOCK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC BAY COLLISION CENTER, INC., d.b.a. LIKE NU AUTO BODY; THE GLEN VOLK LIVING TRUST; and DOES 1 through10, Inclusive,<br><br>Defendants. | CASE NO. 06cv1643-LAB (AJB)<br><br>**ORDER OF DISMISSAL** |

On November 21, 2006, Plaintiffs 2150 Sigourney Jossiah - Francis Lee Association and Theodore Pinnock, and Defendant Pacific Bay Collision Center, Inc. filed a joint motion requesting dismissal of this case with prejudice, pursuant to Fed. R. Civ. P. 41.  Plaintiffs requested that the complaint be dismissed in its entirety with prejudice.

Under Fed. R. Civ. P. 41(a)(1)(ii), all parties who have appeared in the action may obtain dismissal by filing a signed stipulation, which they have done.  One additional plaintiff, the Glen Volk Living Trust, did not sign the joint motion.  There is no evidence this Defendant was ever served with process, nor has this Defendant appeared in this action.  Because this

1 | Defendant has not filed an answer or motion for summary judgment, Rule 41(a)(1)(i) provides
2 | that Plaintiffs may unilaterally dismiss their complaint against this Defendant.
3 |     For these reasons, this action is **DISMISSED** with prejudice as to all parties.
4 |
5 | **IT IS SO ORDERED**.
6 | DATED: November 29, 2006
7 |
8 | **HONORABLE LARRY ALAN BURNS**
    United States District Judge
9 |